```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PETRINI VAN & STORAGE, INC., ) <br> California corporation ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  C 05 4033 JSW <br><br> ORDER TO CONTINUE CASE <br> MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for January 6, 2006 be continued to February 10, 2006 at 1:30 p.m. in Courtroom 2, 17$^h$ Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated: January 4, 2006        _____
                              Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE