```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO. C 05 4033 JSW |
| ) | |
| Plaintiffs, ) | ORDER TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| vs. ) | |
| ) | |
| PETRINI VAN & STORAGE, etc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

　　　　IT IS ORDERED that the Case Management Conference in this case set for February 10, 2006 be February 24, 2006 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 31, 2006                       _____
                                              Judge Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE